--- PRESORTED FIRST CLASS ---

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458
$ 00.2??
JAN 13 25
MAILED FROM ZIP CODE 787??

**1/5/2015**
**Garcia, Vincent**          Tr. Ct. No. 1084402-A          WR-72,432-03
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

VINCENT GARCIA
T - TDC # 1442152          UTF

